WILLIAM J. SCHWENN, PLAINTIFF-APPELLANT, v. S. GOLDBERG & CO., INC., A CORPORATION OF NEW JERSEY, DEFENDANT-RESPONDENT.

Superior Court of New Jersey
Appellate Division

Argued May 16, 1966—Decided June 6, 1966.

Before Judges CONFORD, KILKENNY and LEONARD.

*Mr. Ralph W. Chandless* argued the cause for appellant (*Messrs. Chandless, Weller & Kramer,* attorneys).

*Mr. Jacob Schneider* argued the cause for respondent (*Mr. E. Dennis Brod,* on the brief).

PER CURIAM. Judgment is affirmed substantially for the reasons expressed in the opinion of Judge Botter in the Law Division, 88 *N. J. Super.* 113 (1965).